BOBBY GHAJAR #198719
bobby.ghajar@pillsburylaw.com
MARCUS D. PETERSON #265339
marcus.peterson@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PIXEL INTEL, INC., a Nevada corporation,<br><br>Defendant. | Case No. 4:14-cv-00716-JD<br><br>MOTION TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE STATEMENT DEADLINE<br><br>Current Date: May 1, 2014<br>Proposed New Date: May 22, 2014 |

Pursuant to Civil Local Rules 7-11 and 16-2(d) of the United States District Court for the Northern District of California, Plaintiff Intel Corp. ("Intel" or "Plaintiff") hereby requests that this Court continue the Joint Case Management Conference Statement Deadline, currently scheduled for May 1, 2014, until May 22, 2014.  Good cause exists for this extension, as follows:

Plaintiff personally served Defendant with the summons and complaint in this matter on March 20, 2014.  Plaintiff's deadline to respond to the complaint was April 10, 2014. (Dkt. 14).  The case was initially assigned to Hon. Jeffrey White, who scheduled a case management conference on June 13, with the case management statement due on June 6. (Dkt. 13).  When this case was re-assigned to Hon. James Donato on April 16, 2014, all

previous dates were vacated and a Joint Case Management Statement was ordered to be prepared by May 1, 2014.

Defendant has not yet filed a responsive pleading and it is not clear whether Defendant will do so. Accordingly, Plaintiff requests a continuance to allow Plaintiff to determine whether Defendant will respond to the complaint, and if not, to allow Plaintiff to seek entry of default, thereby obviating the need for a Joint Case Management Statement.

In light of these circumstances, good cause exists for a continuance, and the continuance is not sought by Plaintiff for purposes of delay. In fact, no other dates have been scheduled yet in this case, including a Case Management Conference, and thus, this continuance will not require rescheduling of any other deadlines or hearings.

For these reasons, Plaintiff respectfully requests that the Court continue the May 1, 2014 Case Management Conference Statement Deadline until May 22, 2014.

Dated: May 1, 2014.

BOBBY GHAJAR
MARCUS D. PETERSON
PILLSBURY WINTHROP SHAW PITTMAN LLP


By: /s/ Marcus Peterson
Marcus Peterson
Attorneys for Plaintiff
INTEL CORPORATION